IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 5:21-CR-29 |
| v. | § | JUDGE SCHROEDER |
| | § | |
| CASEY ANDREW CLARK | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

> Violation: 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)
> (possessing with intent to distribute a controlled substance)

On or about March 9, 2021, in the Eastern District of Texas, the defendant, **Casey Andrew Clark**, knowingly and intentionally possessed with intent to distribute fifty grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

Respectfully submitted,

NICHOLAS J. GANJEI
Acting United States Attorney

*/s/ Jonathan R. Hornok*
JONATHAN R. HORNOK
Assistant United States Attorney
Utah State Bar Number 15166
500 State Line Ave N., Suite 402
Texarkana, Texas 75501
(903) 792-8453
Jonathan.Hornok@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 5:21-CR-___ |
| v. | § | JUDGE SCHROEDER |
| | § | |
| CASEY ANDREW CLARK | § | |

## NOTICE OF PENALTY

### COUNT ONE

Violation: 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Penalty: Not less than ten years' or more than life imprisonment, a fine not to exceed $10,000,000.00, and supervised release of at least five years. But if the violation occurred after one prior conviction for a serious drug felony or serious violent felony has become final, then not less than fifteen years' or more than life imprisonment, a fine not to exceed $20,000,000.00, and supervised release of at least ten years. And if the violation occurred after two such prior convictions, then not less than twenty-five years' or more than life imprisonment.

Special Assessment: $100.00